PD-0186-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 12:38:19 PM
Accepted 2/18/2015 10:07:24 AM
ABEL ACOSTA
CLERK

No. _____

| | | |
|---|---|---|
| ROBERT LYNN PRIDGEN, | § | IN THE COURT OF |
| | § | |
| Petitioner, | § | |
| | § | CRIMINAL APPEALS |
| vs. | § | |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

---

## PETITIONER'S MOTION FOR EXTENTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

To the Honorable Court of Criminal Appeals:

Robert L. Pridgen, Petitioner, respectfully asks the Court to extend the March 2, 2015, deadline for his petition for discretionary review (PDR) to April 6, 2015, pursuant to Rule 68.2(c).

### THE PARTIES AND THEIR COUNSEL

The following is a list of all parties to the trial court's judgment and the names and addresses of all trial and appellate counsel:

*Appellant*
Mr. Robert Lynn Pridgen

FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK

*Appellant's Appellate Counsel*
Mr. James W. Volberding
First Place
100 E. Ferguson Street
Suite 500
Tyler, TX 75702
(903) 597-6622

*Appellant's Trial Counsel*
Mr. Jeff Haas
100 E. Ferguson, Suite 908

Tyler, TX 75702

| | |
|---|---|
| *State of Texas* | *State's Appellate Counsel* |
| | Ms. Allyson Mitchell |
| | (DA formerly Mr. Douglas Lowe) |
| | Anderson County District Attorney |
| | 500 N. Church Street, Room 38 |
| | Palestine, TX 75801 |
| | |
| | *State's Trial Counsel* |
| | Mr. Stanley Sokolowski |
| | Mr. Scott Holden |
| | Anderson Co. Asst. District Attorneys |

STATEMENT OF THE CASE

**Court of Appeals**  *Robert L. Pridgen v. State*, No. 12-13-00136-CR, In the Twelfth Court of Appeals, Tyler.

**Nature of the case**  Prosecution for murder, under Texas Penal Code section 19.02, and the lesser-included offense of manslaughter, under section 19.04.

**District court**  Hon. Deborah Oakes Evans, 369th District Court, Anderson County, case number 29956.

**Course and disposition of proceedings**  Mr. Pridgen pled not guilty. RR11:8-9. After the court denied his motion for directed verdict, a jury convicted Pridgen of murder, RR15:65; CR166, and sentenced him to 20 years incarceration, RR15:128; CR163, 164. The court denied Pridgen's

motion for new trial by operation of law. RR13:137; CR170, 174 (presented).

Properly certified, CR157, Pridgen timely appealed. CR177.

The Tyler Court of Appeals affirmed Pridgen's conviction and sentence December 3, 2014, and denied Pridgen's January 20, 2015 motion for rehearing without comment on January 30, 2015.

| | |
|---|---|
| **Deadline for PDR** | March 2, 2015 |
| **Length of Extension Sought** | 34 days |
| **New Deadline Sought** | April 6, 2015, Monday |
| **Number of Previous Extensions Granted** | None |

## REASON FOR EXTENSION

Mr. Pridgen's lead attorney, Mr. Volberding, is an officer in the U.S. Army Reserve. He will be deployed out of the country by the Army for a short period from the end of February to mid-March. (The dates and location are unclassified but inappropriate for public filing.) A redacted copy of his orders are attached. This period of absence will have the effect of compressing work on this and other cases before and after the absence.

Further, Mr. Volberding and the second attorney on the case, Mr. Greg Smith, have a series of pending deadlines in other civil and criminal appeals and trials. Finally, this is an appeal from a murder conviction. The issues for the PDR are complex. This is Pridgen's first request for extension of his PDR and likely to be the only one.

WHEREFORE, PREMISES CONSIDERED, Mr. Pridgen's counsel respectfully asks the Court to extend to his rehearing motion deadline 34 days to April 6.

Respectfully submitted this 16 of February 2015,

*/s/ James W. Volberding*

By: _____
**JAMES W. VOLBERDING**
SBN: 00786313

100 E. Ferguson Street
Suite 500
Tyler, Texas 75702
(903) 597-6622
(866) 398-6883 (Fax)
*e-mail:*
*jamesvolberding@gmail.com*

Attorney for Petitioner,
Mr. Robert Lynn Pridgen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been delivered this 16 day of February 2015 to:

Anderson Co. District Attorney
Courthouse
500 North Church Street
Palestine, TX 75801

by the following means:

| | |
|---|---|
| _____ | By U.S. Postal Service Certified Mail, R.R.R. |
| _____ | By First Class U.S. Mail |
| _____ | By Special Courier _____ |
| _____ | By Hand Delivery |
| __X__ | By Fax before 5 p.m. to (903) 723-7818 |
| _____ | By Fax after 5 p.m. |
| _____ | By email. |

*/s/ James W. Volberding*

_____
JAMES W. VOLBERDING